```
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277
```

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
|  | ) |
|  | ) Case No.: 8:07-bk-12282-RK |
| JOHN EDWARD GRASS | ) |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| JUDITH GRASS | ) **(Bankruptcy Rule 3010)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301117** in the sum of **$   0.21** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

```
JOHN EDWARD GRASS
3210 QUARTZ LN #A3
FULLERTON, CA 92614
```

Date: September 19, 2011         /S/_____
                                 Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SS# | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0712282 | JOHN EDWARD & JUDITH GRASS<br>ACCT: | Claim: 00000 | XXX-XX-1743<br>XXX-XX-2810 | 0.21 | 0.00 | 0.21 |
| | | **TOTALS** | | **0.21** | **0.00** | **0.21** |

JOHN EDWARD GRASS
JUDITH GRASS
BALANCE: [0.00 13/00000]
SSN: XXX-XX-1743 SSN: XXX-XX-2810
ACCT: CASE: 0712282
PRINCIPAL: 0.21 INTEREST: 0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

**0301117**

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$0.21**

**PAY** **Zero And 21 / 100 Dollars**

**TO THE ORDER OF** ***U.S. BANKRUTCY COURT (FISCAL DEPT.)***
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0301117⑈ ⑆061100790⑆0000005751862⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES